```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

AMBER HASS,                         *

    Petitioner,                  *

vs.                                 *
                                                        CASE NO. 4:18-CR-23 (CDL)

UNITED STATES OF AMERICA,           *

    Respondent.                  *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on August 14, 2020. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. The United States Probation Office shall prepare a revised presentence report consistent with today's order. The parties shall have 21 days from the filing of that revised report to review the report and make any objections. A new sentencing hearing shall be scheduled after that expiration of that 21 days.

    IT IS SO ORDERED, this 5th day of October, 2020.

                                              S/Clay D. Land
                                              CLAY D. LAND
                                              U.S. DISTRICT COURT JUDGE
                                              MIDDLE DISTRICT OF GEORGIA